## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BEHRENS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KIMBERLY CLARK CORPORATION, COTTONELLE, AMAZON.COM INC., STOP & SHOP KEYPORT, JOHN DOES 1-30 (said names fictitious, real names unknown) and ABC CORPS. 1-30 (said names fictitious, real names unknown),<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 3:22-cv-01475<br><br>**Returnable April 3, 2023**<br>**Oral Argument Requested** |

---

### NOTICE OF RENEWED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) AND N.J.S.A. § 2A:58C-9 BY AMAZON.COM INC.

---

**PLEASE TAKE NOTICE** that at 9:00 a.m. on April 3, 2023 or such other time and date as may be ordered by the Court, Amazon.com Inc. ("Amazon"), by and through its attorneys, Gordon Rees Scully Mansukhani LLP, will move before the Honorable Georgette Castner, U.S.D.J., United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, in the above matter for an Order dismissing the Complaint of Plaintiff David Behrens against Amazon pursuant to Fed. R. Civ. P. 12(b)(6) and N.J.S.A. § 2A:58C-9.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Amazon shall rely upon the Memorandum of Law and the Affidavit of Lisa Kim, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested if any opposition is submitted.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: February 27, 2023

**GORDON REES SCULLY MANSUKHANI LLP**
*Attorneys for Defendants*

By: */s/ JoAnna M. Doherty*
    JoAnna M. Doherty, Esq.

18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Phone: (973) 549-2500
Fax: (973) 377-1911
Email: jmdoherty@grsm.com