## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BEHRENS,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY CLARK CORPORATION, COTTONELLE, AMAZON.COM INC., STOP & SHOP KEYPORT, JOHN DOES 1-30 (said names fictitious, real names unknown) and ABC CORPS. 1-30 (said names fictitious, real names unknown),<br><br>    Defendants. | Civil Action No.: 3:22-cv-01475 |

## ORDER GRANTING MOTION TO DISMISS

**THIS MATTER** having been opened to the Court by Defendant Amazon.com Inc. ("Amazon") to dismiss Plaintiff's Complaint, and the Court having read all papers supporting and opposing the motion, and having heard oral argument, and good cause having been shown;

**IT IS** on this ____ day of _____ 2023;

**ORDERED,** that Amazon's motion to dismiss be and is hereby granted; and it is

**FURTHER ORDERED,** that Plaintiff David Behrens' Complaint against Amazon be and is hereby dismissed with prejudice.

**SO ORDERED.**

_____