UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BEHRENS,<br><br>           Plaintiff,<br>v.<br><br>KIMBERLY CLARK CORPORATION, COTTONELLE, AMAZON.COM INC., STOP & SHOP KEYPORT, JOHN DOES 1-30 (said names fictitious, real names unknown) and ABC CORPS. 1-30 (said names fictitious, real names unknown),<br><br>           Defendants. | Case No.: 3:22-cv-01475<br><br>**AFFIDAVIT OF JOEL BRISSENDEN PURSUANT TO N.J.S. 2A:58C-8** |

### AFFIDAVIT OF JOEL BRISSENDEN PURSUANT TO N.J.S. 2A:58C-8

I, Joel Brissenden, affirm under penalty of perjury and pursuant to 28 U.S.C. 1746 as follows:

1. I am employed by Defendant The Stop & Shop Supermarket Company LLC, improperly plead as non-entity "Stop & Shop Keyport" ("Stop & Shop") as Vice President, Category Management.

2. I make this Affidavit in support of Stop & Shop's motion to dismiss Plaintiff's Complaint and pursuant to N.J.S. 2A:58C-8. The statements contained in this affidavit are based on my review of corporate records maintained by Stop & Shop in the regular course of business.

3. Stop & Shop does not design, manufacture, package, or label the Cottonelle brand Fresh Feel Flushable Wet Wipes for Adults ("Product").

4. Kimberly-Clark Corporation is the manufacturer of the Product.

5. Stop & Shop does not exercise control of the design, manufacture, packaging, or labeling of the Product.

1

6.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

April 19, 2022

                                          Joel Brissenden, Vice President,
Category Management, The Stop & Shop Supermarket Company LLC

Subscribed and sworn before me this
19 day of April, 2022


Notary Public

My Commission Expires 3-2-2023

```
Susan Fox
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 2, 2023
```

1263611/65473147v.1