# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BEHRENS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KIMBERLY CLARK CORPORATION, COTTONELLE, AMAZON.COM INC., STOP & SHOP KEYPORT, JOHN DOES 1-30 (said names fictitious, real names unknown) and ABC CORPS. 1-30 (said names fictitious, real names unknown),<br><br>　　　　　　　　Defendants. | Civil Action No.: 3:22-cv-01475 |

## ORDER GRANTING MOTION TO DISMISS

**THIS MATTER** having been opened to the Court by Defendant The Stop & Shop Supermarket Company LLC, improperly plead as non-entity "Stop & Shop Keyport" ("Stop & Shop") to dismiss Plaintiff's Complaint, and the Court having read all papers supporting and opposing the motion, and having heard oral argument, and good cause having been shown;

**IT IS** on this ____ day of _____ 2023;

**ORDERED,** that Stop & Shop's motion to dismiss be and is hereby granted; and it is

**FURTHER ORDERED,** that Plaintiff David Behrens' Complaint against Stop & Shop be and is hereby dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____