# EXHIBIT A

## JoAnna Doherty

| | |
|---|---|
| **From:** | JoAnna Doherty |
| **Sent:** | Friday, February 24, 2023 9:47 AM |
| **To:** | 'David Levine' |
| **Subject:** | Behrens v. Cottonnelle, et al. - 3:22-cv-1475 |
| **Attachments:** | Behrens v. Cottonnelle - Order Denying MTD Without Prejudice.pdf |

Hi David,

All defendants filed motions to dismiss this matter several months ago.  The Court has recently denied our motions without prejudice pursuant to Local Rule 7.1, and ordered us to serve that Order on you by March 3, as you are not a registered ECF filer.  To that end, please see attached.  A copy is also en route to your office via FedEx.

Thank you,
JoAnna

---

**JOANNA M. DOHERTY**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER®

18 Columbia Turnpike, Suite 220, Florham Park, NJ 07932
1 Battery Park Plaza, 28th Floor, New York, NY 10004

D: 973-549-2527  |  C: 630-212-9124  |  jmdoherty@grsm.com

www.grsm.com
vCard  |  Bio