# EXHIBIT B



February 27, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 395013695509

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.GUELLA | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | MIDDLETOWN, NJ, |
| | | **Delivery date:** | Feb 27, 2023 09:04 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 395013695509 | **Ship Date:** | Feb 24, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
MIDDLETOWN, NJ, US,

**Shipper:**  
Florham Park, NJ, US,

**Reference**        KCCCFW.1263611-11582

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx



1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

### Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

package id
0326604
ship date
Fri, Feb 24 2023
to
David Levine
1715 NEW JERSEY HIGHWAY 35 STE 301
MIDDLETOWN, NJ 07748
United States
973-549-2500
residential address
No
return label
No

from
Angela Augenstein (11582)
Gordon Rees Scully Mansukhani
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
US
billing
client id: KCCCFW.matter id : 1263611 (KCCCFW.1263611)
operator
Angela Augenstein
973-549-2525
aaugenstein@grsm.com
create time
02/24/23, 10:14AM

vendor
FedEx
tracking number
395013695509
service
FedEx Priority Overnight®
packaging
FedEx® Envelope
signature
Deliver Without Signature
courtesy quote
19.47

*Quote may not reflect all accessorial charges*